

# Fourth Court of Appeals
## San Antonio, Texas

March 14, 2018

No. 04-18-00087-CR

Marcus A. **COOPER**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2014CR10168
Honorable Steve Hilbig, Judge Presiding

**ORDER**

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR WANT OF JURISDICTION.

It is so **ORDERED** on March 14, 2018.

Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of March, 2018.

Keith E. Hottle, Clerk of Court